# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATYSHA SHORT, <br><br> *Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> *Defendant*. | Civil Action No. 1:21-cv-01525 (CJN) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 45, is **GRANTED**; it is further

**ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 76, is **DENIED**; it is further

**ORDERED** that all other pending motions, ECF Nos. 18, 25, 27, 46, 56, 58, 63, 66, 72, 73, 77, 80, 83, are **DENIED** as moot; it is further

**ORDERED** that the Complaint is **DISMISSED** without prejudice, and this case is closed.

This is a final appealable Order.

DATE: August 17, 2022

CARL J. NICHOLS
United States District Judge